IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM F. BURNS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:08cv319-MHT |
| ) | (WO) |
| DARLENE DREW, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On July 24, 2008 (Doc. # 14), the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 14) is  adopted and that this case is dismissed without prejudice to afford petitioner an opportunity to exhaust his administrative remedies in accordance with the procedures established by the BOP.

DONE, this the 13th day of August, 2008.

                                   /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE